**IT IS ORDERED as set forth below:**

**Date: March 17, 2016**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:  14-68697-BEM |
| | : | |
| REGINA LYNN FLEMMING HARRIS, | : | CHAPTER:  13 |
| | : | |
| Debtors. | : | JUDGE: BARBARA ELLIS-MONRO |
| _____ | : | |
| | : | |
| FREEDOM MORTGAGE CORPORATION, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | CONTESTED MATTER |
| REGINA LYNN FLEMMING HARRIS | : | |
| MARY IDA TOWNSON, Trustee, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION (#21)

The above styled Motion was called for hearing on February 9, 2016, upon Notice of

Assignment of Hearing to each of the above-captioned parties in interest. There was no opposition to the Motion and Movant asserts that the parties were properly served. Accordingly;

IT IS HEREBY ORDERED that the Motion is GRANTED. The parties shall be authorized to enter into a loan modification agreement. The new interest rate is 4.250% with a new principal balance of $213,629.15, and monthly payments of principal and interest of $1,050.93, effective November 1, 2015, in accordance with the Loan Modification Agreement attached to the Motion. Said payment amount does not include escrow or ancillary amounts, if any.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

/s/ John D. Schlotter            .
John D. Schlotter, Bar No. GA 629456
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7506
Fax: (888) 873-6147
Email: jschlotter@aldridgepite.com

NO OPPOSITION:
Sonya M. Buckley with express permission
Sonya M. Buckley, Bar No. 140987
Attorney for Trustee
Mary Ida Townson
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
Phone: (404) 525-1110

DISTRIBUTION LIST

Regina Lynn Flemming Harris
2641 Riverfront Drive
Snellville, GA 30039

Carson R. Walden
Walden, Goodhard, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Mary Ida Townson
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740